IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY MACK NICKLES, Chairman of the Board of Trustees of the Southern Electrical Retirement Fund; and SOUTHERN ELECTRICAL RETIREMENT FUND<br><br>v.<br><br>MARY EUNICE LEDBETTER; and BECKY JOAN SMITH-DANSBY f/k/a BECKY J. SMITH | No. 3-09-0090 |

O R D E R

On August 17, 2009, the parties filed an Agreed Notice of Dismissal (Docket Entry No. 16).

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this action is hereby DISMISSED and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge